61   551
131a 274

IN THE MATTER OF CORNELIA M. STEWART, DECEASED.

(APPEAL OF SMITH.)

*W. W. Devine*, for James C. Smith, executor of Sarah N. Smith, appellant.

*I. H. Maynard*, deputy attorney-general, for the comptroller of the city of New York, respondent.

Van Brunt, P J.:

The same questions are involved upon this appeal as were involved in the Matter of Clinch decided herewith.; and for the reasons stated in the opinion.in that case the order appealed from is modified in the same manner, without costs.

Daniels and Ingraham, JJ., concurred.

Order modified as stated in opinion, and as modified affirmed, without costs.